## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2157

Assigned/Issued By: J. N.

Judge Name: DARRAH

Designated Magistrate Judge: SCHENKIER

### FEE INFORMATION

*Amount Due:* ☑ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350   Receipt #: 2700034

Date Payment Rec'd: 4-16-08   Fiscal Clerk: J. N.

### ISSUANCES

☑ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
_____
_____
*(Victim, Against and $ Amount)*
☐ Citation to Discover Assets   ☐ Other
☐ Writ _____
*(Type of Writ)*
_____
_____
*(Type of issuance)*

1 Original and 0 copies on 4-16-08 as to DEFENDANT
*(Date)*