AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

LOCAL 710 HEALTH, WELFARE AND
PENSION FUNDS,
        Plaintiffs,

v.

CND TRANSPORTATION, INC., a
Corporation,
        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08CV2157

ASSIGNED JUDGE: JUDGE DARRAH

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

CND TRANSPORTATION, INC., a Corporation
c/o: William P. Dietz, Jr., Registered Agent
4550 70th Avenue
Kenosha, WI 53144

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_/s/ Paula Harrison_                                  April 16, 2008
(By) DEPUTY CLERK                                  Date



IN THE
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOCAL 710 HEALTH, WELFARE AND PENSION FUNDS<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>CND TRANSPORTATION, INC., A CORPORATION<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>08CV2157<br><br><br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS AND COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **1st day of May, 2008, at 12:30 PM**, at the address of **CND Transportation Inc., 4550 70TH Avenue, KENOSHA**, Kenosha County, **WI 53144**; this affiant served the above described documents upon **CND TRANSPORTATION, INC., A CORPORATION**, by then and there personally delivering 1 true and correct copy (ies) thereof, by then presenting to and leaving the same with **Bud Compher, Salesman , A white male approx. 45-55 years of age 6'0"-6'2" in height weighing 200-220 lbs with brown hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **1st day of May, 2008**.

_Kim M Straus_
Kim M Straus, WI


SUBSCRIBED AND SWORN to before me this 1st day of May, 2008

_Donna L Gundersen_
NOTARY PUBLIC in and for the State of **Wisconsin**
Residing at: _Waukesha_
My Commission Expires: _1-27-11_


FOR: **ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.**   ORIGINAL PROOF OF SERVICE   Tracking #: 5352003 SEA