# United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2157 | **DATE** | 6/5/2008 |
| **CASE TITLE** | Local 710 Health, Welfare and Pension Funds vs. CND Transportation, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Dismissal Order.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

Courtroom Deputy Initials: MF